# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ZHAOJIN DAVID KE,      :   No. 14 EM 2022

         Petitioner      :

         v.      :

ALLSTATE FIRE & CASUALTY      :
INSURANCE COMPANY, JOHN WELCH,      :
AND STEVEN SCHIMPF,      :

         Respondents      :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.